IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| MICHAEL MELSON, | § | |
| | § | No. 228, 2019 |
| Petitioner Below, | § | |
| Appellant, | § | Court Below–Family Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | File No. CS16-01800 |
| KAREN STOKES, | § | Petition No. 18-26992 |
| | § | |
| Respondent Below, | § | |
| Appellee. | § | |

Submitted: November 4, 2019
Decided: November 19, 2019

## ORDER

It appears to the Court that, on October 8, 2019, the Chief Deputy Clerk issued a notice, sent by certified mail, to the appellant, Michael Melson, to show cause why his appeal should not be dismissed for his failure to file his opening brief and appendix. The postal service attempted to deliver the notice but was unable to access the delivery location. The notice was resent to Melson by first class mail. A timely response to the notice to show cause was due on or before November 7, 2019. Melson has not responded to the notice to show cause nor has he filed an opening brief. Dismissal of the appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2)

and 29(b), that the appeal is DISMISSED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice